IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 96-cr-00203-DBS-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PATRICK ANTHONY CIMINO,

    Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

    On March 26, 2007, the probation officer submitted a petition for early termination of supervised release in this case. On March 27, 2007, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on the same date. The probation officer spoke to Assistant United States Attorney, Guy Till, on March 29, 2007, and he has no objection to the proposed relief. Accordingly, it is

    ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

    DATED at Denver, Colorado, this 3rd day of April, 2007.

                                            BY THE COURT:

                                            Richard P. Matsch
                                            Senior District Judge